Herman GRANT, Appellant,

v.

The STATE of Texas, Appellee.

No. 42103.

Court of Criminal Appeals of Texas.

June 25, 1969.

Chappell & McFall, by Byron Chappell, Lubbock, for appellant.

Jim. D. Vollers, State's Atty., Austin, for the State.

## OPINION ON APPELLANT'S MOTION FOR REHEARING

MORRISON, Judge.

Our prior opinion is withdrawn.

The offense is felony theft; the punishment, three months in the county jail and a fine of $300.00.

The punishment provided for felony theft by Article 1421, Vernon's Ann.P.C., is "confinement in the penitentiary (for) not less than two nor more than ten years."

Since the punishment assessed is less than that provided by law, the judgment must be reversed. Mendez v. State, Tex.Cr. App., 379 S.W.2d 333; Russell v. State, 171 Tex.Cr.R. 626, 352 S.W.2d 746; Craven v. State, Tex.Cr.App., 350 S.W.2d 34; Nichols v. State, 171 Tex.Cr.R. 42, 344 S.W.2d 694; Gilliland v. State, Tex.Cr. App., 342 S.W.2d 327; Justice v. State, 170 Tex.Cr.R. 383, 341 S.W.2d 431; and see cases collated at 13A Tex.Dig., Criminal Law ⚖1177.

For the error pointed out, the judgment is reversed and the cause remanded.